# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 12/09/2009 |
| Case: 1−09−15748−MJK | Form ID: b9a | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | John P White | 6707 Taylor Rd | Hamburg, NY 14075 | |
| tr | Mark S. Wallach | 169 Delaware Avenue | Buffalo, NY 14202 | |
| aty | Dennis Gaughan | 6161 S Park Ave | Hamburg, NY 14075 | |
| 20397153 | Allan F. Knappenberger Esq. | 1318 SW 12th Ave | Portland, OR 97201 | |
| 20397154 | Bulan Chiari Horwitz &Ilecki LLP | 1321 Millersport Hwy # 101 | Buffalo, NY 14221 | |
| 20397155 | Cassandra L. Skinner | 245 E 4th Ave | Eugene, OR 97401 | |
| 20397156 | Child Support Program | PO Box 14506 | Salem, OR 97309 | |
| 20397157 | Paul Peters, Esq. | 1321 Millersport Hwy # 101 | Buffalo, NY 14221 | |
| 20397158 | Sheriff of Erie County | Civil Process Div # 831 | PO Box 8000 | Buffalo, NY 14267 |

TOTAL: 9